IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FORD ISLAND HOUSING, LLC, a Delaware Limited Liability Company, | ) ) ) | CIVIL NO. 10-00552 DAE-RLP |
| | ) | ORDER ADOPTING |
| Plaintiff(s), | ) ) | MAGISTRATE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | TO GRANT PETITION OF FORD ISLAND HOUSING, LLC, FOR |
| ENERGY BILLING SYSTEMS, INC, YARDI SYSTEMS, INC., DOE PERSONS 1-50, DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, and DOE GOVERNMENTAL UNITS 1-50, | ) ) ) ) ) ) ) | APPROVAL OF GOOD FAITH SETTLEMENT |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT PETITION OF FORD ISLAND HOUSING, LLC, FOR APPROVAL OF GOOD FAITH SETTLEMENT

Findings and Recommendation having been filed and served on all parties

on September 1, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 19, 2011.



_____
David Alan Ezra
United States District Judge




Ford Island Housing, LLC vs. Energy Billing Systems, Inc., et al., Civil No. 10-00552 DAE-RLP; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT PETITION OF FORD ISLAND HOUSING, LLC. FOR APPROVAL OF GOOD FAITH SETTLEMENT

cc:all parties of record